# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**IN RE ROGER NEIL WELLS,**

    Debtor.

---

| | |
|---|---|
| **ROGER NEIL WELLS**, | ) |
|     Appellant, | ) Case No. 1:05CV00067 |
| v. | ) **OPINION** |
| **MARY B. REYNOLDS,** | ) By: James P. Jones |
|     Appellee. | ) Chief United States District Judge |

In this bankruptcy appeal, the appellee has moved to dismiss the appeal on the grounds that the appellant, who is proceeding pro se, failed to file a timely notice of appeal or take other required steps to perfect the appeal. The appellant has failed to respond to the Motion to Dismiss as permitted by Order of this court entered August 26, 2005.

For the reasons asserted by the appellee, the Motion to Dismiss will be granted and the appeal dismissed. A separate final order consistent with this Opinion will be entered forthwith.

DATED: September 16, 2005

/s/ JAMES P. JONES
Chief United States District Judge